# AFFIDAVIT OF SERVICE

STATE OF NORTH DAKOTA  )
                       ) SS.
COUNTY OF CASS         )

Amanda Braud, being first duly sworn on oath deposes and says that she is of legal age and not a party to the action herein nor interested in the action; and that she knew the person served to be the person named in the papers served and the person intended to be served; and that on the 8th day of July, 2011, she served the attached:

1. Chapter 13 Plan

upon: Attached Creditor Matrix

Re: Mr. Andrew G. Olson
Bankruptcy Case No. 11-60653
**Our File No.**

in the following manner:

( ) by handing a true and correct copy to the attorney personally.

( ) by leaving a true and correct copy at the office of the attorney with a clerk or other individual in charge thereof.

( ) by leaving a true and correct copy at the office of the attorney in a conspicuous place therein.

(X) by placing a true and correct copy thereof in an envelope so addressed and depositing the same, with postage prepaid, in the United States mail at Fargo, North Dakota.

( ) by facsimile transmission to the attorney at the facsimile number _____, at _____ .m.

_____
Amanda Braud

Subscribed and sworn to before me this 8th day of July, 2011

_____
Notary Public

MARGARET MAXWELL
Notary Public
State of North Dakota
My Commission Expires Sept. 24, 2016

MARGARET MAXWELL
Notary Public
State of North Dakota
My Commission Expires Sept. 24, 2016

ACS
PO Box 7051
Utica, NY 13504-7051

Credit Collections Bureau
PO Box 90508
Sioux Falls, SD 57109-0508

KK Pathan MD FACS
901 4th St. NW Suite 215
Watertown, SD 57201

Altru Health System
P.O. Box 3045
Milwaukee, WI 53201-3045

Diagnostic Radiology
Associates
801 Broadway North
Fargo, ND 58103

Larry Jerde
525 5th St. SE
Watertown, SD 57201

Avanti Federal Credit Union
PO Box 534
Watertown, SD 57201

Discover
PO Box 30395
Salt Lake City, UT 84130-0395

LCM Pathologists
PO Box 5134
Sioux Falls, SD 57117-5134

Bank of America
PO Box 15026
Wilmington, DE 19850-5026

Dollar Loan Center
105 9th Ave. SE
Watertown, SD 57201

Money Lenders
519 9th Ave. SE
Watertown, SD 57201

Bonnie Olson
R2 Box 60B
Lake Bronson, MN 56734

EZ Payday
400 9th Ave. SE
Watertown, SD 57201

NCB-Management Services, Inc.
PO Box 1099
Langhorne, PA 19047

Bostwick Laboratories, Inc.
PO Box 406
Frmngdale, NY 11735-0406

Firstmark Services
SELF Loan Program
PO Box 25410
Woodbury, MN 55125-0410

NCO Financial Systems
PO Box 12100
Trenton, NJ 08650-2100

Brown Clinic
506 1st Ave. SE
Watertown, SD 57201

Gentry Finance
101 E. Kemp Suite C
Watertown, SD 57201

Prairie Lakes Health Care
PO Box 1210
Watertown, SD 57201-6210

Capital One
PO Box 60599
City of Industry, CA 91716-0599

Home Federal Bank
PO Box 5000
Sioux Falls, SD 57117-5000

Sanford
PO Box 5074
Sioux Falls, SD 57117-5074

Check & Go
913 9th Ave. SE
Watertown, SD 57201

HSBC
Attn Bankruptcy Dept
PO Box 5213
Carol Stream, IL 60197

Sanford
PO Box 90508
Sioux Falls, SD 57109-0508

Citi Cards
PO Box 6500
Sioux Falls, SD 57117

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114-0326

Sioux Valley FCU
PO Box 344
Watertown, SD 57201

Sioux Valley FCU Coop
PO Box 344
Watertown, SD 57201


Surety Finance
25 9th Ave. SE
Watertown, SD 57201


TRS Recovery Services, Inc.
5251 Westheimer
Houston, TX 77056


United Recovery Systems, inc.
PO Box 722929
Houston, TX 77272-2929


Watertown Anesthesia
1201 Mickelson Dr Ste 2
Watertown, SD 57201


Watertown Municipal Utilities
901 Fourth Ave. SW
Watertown, SD 57201


Wells Fargo Education
Financial Services
PO Box 5185
Sioux Falls, SD 57117