**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Andrew G. Olson
Kara L. Olson

Case No: 11−60653 − DDO

Debtor(s)

Chapter 13 Case

To: Attorney for the Debtor(s):

Bruce Madlom
Madlom Law Office
1330 Gateway Dr SW
PO Box 9693
Fargo, ND 58106−9693

You are notified that in the above proceeding the notice of Meeting of Creditors and related matters mailed by this office to

KK PATHAN MD FACS

has been returned undeliverable as addressed.

A failure to properly schedule a creditor, unless he or she can be proved to have actual knowledge of the case, may prevent discharge of an otherwise dischargeable debt. See 11 U.S.C. 523(a)(3).

It is suggested the creditor may be put on actual notice by a timely and correctly addressed letter sent by you to the creditor enclosing a copy of the notice.

The creditor's correct address should be added to the Court's database. Select Add to matrix from the Post−Petition Events category, then Enter individual creditors. Debtors not represented by an attorney should file a copy of the letter with the Court.

Dated: 7/18/11

Lori Vosejpka
Clerk, United States Bankruptcy Court


By: bethany
Deputy Clerk


**mnbrtnml** 03/03/2005 − kb